512

THELMA DOUGHTY, PETITIONER-RESPONDENT, v. TUNG-SOL ELECTRIC, INC., RESPONDENT-APPELLANT.

Argued November 17, 1964—Decided December 14, 1964.

*Mrs. Sonia Napolitano* argued the cause for the appellant (*Messrs. Pindar, McElroy, Connell & Foley,* attorneys).

*Mr. Louis C. Jacobson* argued the cause for the respondent.

PER CURIAM. We granted certification to review the judgment of the Appellate Division reversing the judgment of the

County Court and adjudging that Workmen's Compensation benefits be paid to the employee.

The issue is wholly factual and ultimately turned upon conflicting medical testimony. After considering all of the circumstances we are not persuaded that we should disturb the judgment of the Appellate Division and it accordingly is affirmed.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR and SCHETTINO—5.

*For reversal*—Justices HALL and HANEMAN—2.